[Crim. No. 2359. In Bank.—March 14, 1921.]

In the Matter of the Application of EDMUND MURPHY for a Certificate of Probable Cause.

[1] CRIMINAL LAW—JUDGMENT OF CONVICTION OF FELONY—APPEAL—CERTIFICATE OF PROBABLE CAUSE—JURISDICTION.—Where a defendant convicted of a felony and adjudged to suffer imprisonment in the state prison appeals from the judgment to the district court of appeal, the only officers authorized to give a certificate of probable cause are the judge of the trial court or some justice of the district court of appeal.

APPLICATION for a Certificate of Probable Cause. Denied.

The facts are stated in the opinion of the court.

Ernest B. D. Spagnoli for Petitioner.

U. S. Webb, Attorney-General, John H. Riordan, Deputy Attorney-General, and Matthew Brady, District Attorney, for Respondent.

THE COURT.—The applicant on conviction of a felony was adjudged to suffer imprisonment in the state prison. He has appealed from the judgment to the district court of appeal of the first appellate district, the only court having jurisdiction of the subject matter of such an appeal. [1] Under such circumstances the only officers authorized by our law to give a certificate of probable cause are the judge of the trial court or some justice of said district court of appeal. (See *In re Mayen* (on *habeas corpus*), (Cal. App.), 193 Pac. 813.)

The application is denied.

All the Justices concurred.